# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL ROMO,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:25-cv-00147-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 11) |

On April 2, 2025, the parties filed a stipulation for a sixty day extension of time from April 28, 2025 to June 27, 2025 for Plaintiff to file her opening brief. (ECF No. 11.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file his opening brief on or before **June 27, 2025**; and
2. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **April 3, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1